IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 00-00216 HG-BMK 04 |
| Plaintiff(s), | ) ) ) | |
| vs. | ) ) | |
| FRANKIE ALVERIO AMANO SR., | ) ) | |
| Defendant(s). | ) ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 24 2000

at 4 o'clock and 15 min P M.
WALTER A. Y. H. CHINN, CLERK

### NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Barry M. Kurren United States Magistrate Judge in the above-entitled case, Passport Number 120588896 issued at Honolulu, Hawaii, on 06/24/98 to the above-named defendant, was surrendered to the custody of the Clerk of court on May 24, 2000 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:    02/07/48

Place of Birth:    Philippines

Dated at Honolulu, Hawaii on May 24, 2000.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 28 2007

at 2 o'clock and 30 min. PM
SUE BEITIA, CLERK

WALTER A.Y.H. CHINN, Clerk

By: _____
Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 02/28/07          Signature: _____
                                    Owner of Passport